UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RUSSELL EDWARD BELL, et al., Plaintiffs, v. LUMBER LIQUIDATORS, INC., et al., Defendants. | Case No. 15-cv-01923-WHO<br><br>**STIPULATED ORDER TO STAY PROCEEDINGS PENDING MDL CONSIDERATION**<br><br>Re: Dkt. No. 15 |
|---|---|

Pursuant to the parties' stipulation (Dkt. No. 15), it is ordered that:

1. Defendants' obligation to respond to Plaintiffs' Complaint is extended until after the MDL Panel makes a decision on the pending transfer motion;

2. The Parties shall notify the Court of the MDL Panel's decision within 10 days of the decision. At that time, the Parties will also provide a proposed response date for Defendants to respond to the Complaint, should the MDL Panel deny the transfer motion.

**IT IS SO ORDERED**.

Dated: May 22, 2015



WILLIAM H. ORRICK
United States District Judge